UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X   INDEX NO. 08 CV 2912
GEORGE HUMPHRYS, individually and on behalf of all
others similarly situated

                     PLAINTIFF(S)        AFFIDAVIT OF SERVICE
                                                       SUMMONS AND COMPLAINT

    AGAINST-

TD AMERITRADE HOLDING CORPORATION, ET AL
                           Defendant(s)
--------------------------------------------------------------------X
STATE OF NEBRASKA, COUNTY OF LINCOLN, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at LINCOLN, NEBRASKA

That on April __11__, 2008 at _8:49_ A M at the address

    **CSC- LAWYERS INCORPORATING SERVICE COMPANY**
    **1900 FIRST BANK BUILDING**
    **233 SOUTH 13TH STREET**
    **LINCOLN, NE 68508**

deponent served the within **Summons and Complaint**

UPON: **TD AMERITRADE HOLDING CORPORATION**

By personally delivering a true copy of the **Summons and Complaint** to _Diane Sugden_, managing agent thereof.

Deponent describes the person actually served as follows:
SEX : F
SKIN: W
HAIR: Brown
AGE: 35
HEIGHT: 5'9"
WEIGHT: 130

✓ I Asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the Unites States or of New York State as the term is defined in the State or in the Federal statutes.

Sworn to before me this _11_ day of April, 2008

NOTARY PUBLIC,
NO:
QUALIFIED IN
COMMISSION EXPIRES:

GENERAL NOTARY-State of Nebraska
RENEE M. FRAKES
My Comm. Exp. 10/18/2009

                                                                                           Nicoletti & Harris, Inc.,
                                                                                           116 John Street, ste
                                                                                           New York, NY 10038