UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE HUMPHRYS, Individually And On Behalf Of All Others Similarly Situated,<br><br>        *Plaintiff*,<br><br>v.<br><br>TD Ameritrade Holding Corporation, and TD Ameritrade, Inc., f.k.a TD Waterhouse Investor Services, Inc.,<br><br>        *Defendants*. | No. 08-CV-2912 (PAC)<br><br>Hon. Paul A. Crotty<br><br>ECF Case |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants TD Ameritrade Holding Corporation and TD Ameritrade, Inc.

I certify that I am admitted to practice in this Court.

Dated: May 1, 2008

                                                                                                                                                                                                                                                                            /s/
Richard J. Morvillo (RM 0441)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
Telephone: 202-263-3000
Facsimile: 202-263-3300
rmorvillo@mayerbrown.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I caused a true copy of the foregoing Notice of Appearance to be served upon the following via the Court's ECF system and overnight mail:

| | |
|---|---|
| Christopher A. Seeger (CS 4880)<br>David R. Buchanan (DB 6368)<br>Stephen A. Weiss (SW 3520)<br>SEEGER WEISS LLP<br>One William Street, 10th Floor<br>New York, NY 10004<br>(212)584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>sweiss@seegerweiss.com<br><br>*Counsel for Plaintiff George Humphrys* | Jonathan K. Levine (JL-8390)<br>Daniel C. Girard<br>Aaron M. Sheanin<br>GIRARD GIBBS LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>(415) 981-4800<br>Fax: (415) 981-4846<br><br>STUEVE SIEGEL HANSON LLP<br>Norman E. Siegel<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>(816) 714-7100<br>(816) 714-7101<br><br>*Counsel for Plaintiff George Humphrys* |

_____s/_____
Richard J. Morvillo (RM 0441)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3290

*Counsel for Defendants*
*TD Ameritrade Holding Corp. and*
*TD Ameritrade, Inc.*