UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE HUMPHRYS, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>TD Ameritrade Holding Corporation, and TD Ameritrade, Inc., f.k.a TD Waterhouse Investor Services, Inc.,<br><br>　　　　　　*Defendants*. | No. 08-CV-2912 (PAC)<br><br>Hon. Paul A. Crotty<br><br>ECF Case |

## RULE 7.1 DISCLOSURE STATEMENT

Defendants, by their undersigned attorneys, make the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant TD Ameritrade, Inc. is a wholly-owned subsidiary of TD Ameritrade Holding Corporation, which in turn is a publicly held corporation. No publicly-held corporation holds ten or more percent ownership in TD Ameritrade Holding Corporation.

Dated: May 1, 2008

Respectfully submitted,

　　　　　s/
Richard J. Morvillo (RM 0441)
William M. Mann
Elizabeth L. Gibbons
MAYER BROWN LLP
1909 K. Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rmorvillo@mayerbrown.com
wmann@mayerbrown.com
egibbons@mayerbrown.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I caused a true copy of the foregoing Rule 7.1 Disclosure Statement to be served upon the following via the Court's ECF system and overnight mail:

Christopher A. Seeger (CS 4880)
David R. Buchanan (DB 6368)
Stephen A. Weiss (SW 3520)
SEEGER WEISS LLP
One William Street, 10th Floor
New York, NY  10004
(212)584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sweiss@seegerweiss.com

*Counsel for Plaintiff George Humphrys*

Jonathan K. Levine (JL-8390)
Daniel C. Girard
Aaron M. Sheanin
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
(415) 981-4800
Fax: (415) 981-4846

STUEVE SIEGEL HANSON LLP
Norman E. Siegel
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 714-7100
(816) 714-7101

*Counsel for Plaintiff George Humphrys*

_____s/_____
Richard J. Morvillo (RM 0441)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C.  20006
(202) 263-3290

*Counsel for Defendants
TD Ameritrade Holding Corp. and
TD Ameritrade, Inc.*