(Crotty, J)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 2 2008
```

| | |
|---|---|
| GEORGE HUMPHRYS, Individually And On Behalf Of All Others Similarly Situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>TD Ameritrade Holding Corporation, and TD Ameritrade, Inc., f.k.a TD Waterhouse Investor Services, Inc.,<br><br>    *Defendants*. | No. 08-CV-2912 (PAC)<br><br>Hon. Paul A. Crotty<br><br>ECF Case |

### STIPULATION AND ORDER

WHEREAS, on March 19, 2008, plaintiff George Humphrys ("Plaintiff") filed a putative Class Action Complaint (the "Complaint") in the above-captioned matter; and

WHEREAS, Plaintiff has indicated that he intends to amend his Complaint (the "Amended Complaint");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants TD Ameritrade Holding Corporation and TD Ameritrade, Inc. (collectively, "Defendants"), through their undersigned counsel, as follows:

1. Defendants shall not be required to answer, move against, or otherwise respond to the Complaint.

2. Defendants shall have sixty (60) days from service of the Amended Complaint to answer, move against, or otherwise respond to the Amended Complaint.

3. In the event that Defendants move to dismiss the Amended Complaint, the parties will discuss a briefing schedule and submit a proposed schedule to the Court in advance of the

deadline for responding to the Amended Complaint.

Dated: May 1, 2008

MAYER BROWN LLP

_____
Richard J. Morvillo (RM 0441)
William M. Mann
Elizabeth L. Gibbons
1909 K. Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rmorvillo@mayerbrown.com
wmann@mayerbrown.com
egibbons@mayerbrown.com

*Attorneys for Defendants TD Ameritrade Holding Corp. and TD Ameritrade, Inc.*

SEEGER WEISS LLP

_____
Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
David R. Buchanan (DB-6368)
One William Street
New York, New York 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

GIRARD GIBBS LLP
Jonathan K. Levine (JL-8390)
Daniel C. Girard
Aaron M. Sheanin
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

STUEVE SIEGEL HANSON LLP
Norman E. Siegel
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

*Attorneys for Plaintiff George Humphrys*

SO ORDERED

_____
U.S.D.J.

_____
Date May 2, 2008

ii

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I caused a true copy of the foregoing Stipulation and Order to be served upon the following via overnight mail:

Christopher A. Seeger (CS 4880)
David R. Buchanan (DB 6368)
Stephen A. Weiss (SW 3520)
SEEGER WEISS LLP
One William Street, 10th Floor
New York, NY 10004
(212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sweiss@seegerweiss.com

*Counsel for Plaintiff George Humphrys*

Jonathan K. Levine (JL-8390)
Daniel C. Girard
Aaron M. Sheanin
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
(415) 981-4800
Fax: (415) 981-4846

STUEVE SIEGEL HANSON LLP
Norman E. Siegel
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 714-7100
(816) 714-7101

*Counsel for Plaintiff George Humphrys*

_____
Richard J. Morvillo (RM 0441)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3290

*Counsel for Defendants
TD Ameritrade Holding Corp. and
TD Ameritrade, Inc.*