UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE HUMPHRYS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TD AMERITRADE HOLDING CORPORATION and TD AMERITRADE, INC. F/K/A TD WATERHOUSE INVESTOR SERVICES, INC.,<br><br>    Defendants. | Civil Action No. 08-CV-02912 |

**MOTION OF THE SILVERSTEIN GROUP FOR
(1) APPOINTMENT AS LEAD PLAINTIFF AND
(2) APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

Sheldon Silverstein and Stephen Stock (collectively referred to as the "Silverstein Group"), by its counsel, hereby respectfully moves this Court to: (i) be appointed Lead Plaintiff in the above-captioned securities class actions; and (ii) approve its selection and retention of Levi & Korsinsky as lead counsel.

In support of this Motion, the Silverstein Group submits herewith a Memorandum of Law, the Declaration of Joseph E. Levi with accompanying exhibits, and a Proposed Order.

DATED: May 19, 2008                    /s/ Joseph E. Levi
                                       _____
                                       **LEVI & KORSINSKY, LLP**
                                       Eduard Korsinsky (EK 8989)
                                       Joseph E. Levi (JL 0848)
                                       Juan E. Monteverde (JM 8169)
                                       39 Broadway, Suite 1601
                                       New York, NY 10006
                                       Phone:  (212) 363-7500
                                       Fax:     (212) 363-7171
                                       *Proposed Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

Juan E. Monteverde, being duly admitted attorney authorized to appear before the US District Court, Southern District of New York, under penalties of perjury, affirms as follows:

1. I am over eighteen years of age and am not a party tot eh above referenced matter.

2. On May 19, 2008, I served Notice of Motion, Memorandum in Support, Declaration of Joseph E. Levi in support and [proposed] Order on:

**Richard John Morvillo**
Mayer Brown LLP
1909 K Street, N.W.
8th Floor, Suite 804
Washington, DC 20006-1101
(202) 263-3000 x3290
Fax: (202) 263-3300

**ATTORNEYS FOR DEFENDANTS**

**Christopher Adam Seeger**
**David R. Buchanan**
**Stephen A. Weiss**
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
(212)-584-0700
Fax: (212)-584-0799

**ATTORNEYS FOR PLAINTIFF IN THE NEW YORK ACTION**

the address designated by said attorneys for that purpose, by depositing a true copy thereof, in a first class pre-paid envelope properly addressed as indicated above.

Dated: New York, NY                                          /s/ Juan E. Monteverde
       May 19, 2008                                          _____
                                                             Juan E. Monteverde