SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Humphreys, et al.  Plaintiff,

- against -

TD Ameritrade Holding     Defendant.
Corporation , et al.

<u>  8  </u> cv <u> 02912 </u>  (__)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,  Jonathan K. Levine        a member in good standing of
the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Daniel C. Girard |
| Firm Name: | Girard Gibbs LLP |
| Address: | 601 California Street, Suite 1400 |
| City/State/Zip: | San Francisco, CA  94108 |
| Phone Number: | (415) 981-4800 |
| Fax Number: | (415) 981-4846 |

Daniel C. Girard                    is a member in good standing of the Bar of the States of

California

There are no pending disciplinary proceeding against  Daniel C. Girard
in any State or Federal court.

Dated:     5/30/2008
City, State: San Francisco, CA

Respectfully submitted,

Sponsor's
SDNY Bar    Jonathan K. Levine (JL-8390)
Firm Name:  GIRARD GIBBS LLP
Address:     601 CALIFORNIA STREET, SUITE 1400
City/State/Zip:  SAN FRANCISCO, CA  94108
Phone Number: (415) 981-4800
Fax Number:   (415) 981-4846

SDNY Form Web 10/2006

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

GEORGE HUMPHRYS, Individually            )
And On Behalf of All Others Similarly Situated,   )     **CIVIL ACTION NO. 08-CV-02912**
                                         )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )
                                         )
TD Ameritrade Holding Corporation, and TD )
Ameritrade, Inc., f.k.a. TD Waterhouse Investor )
Services, Inc.,                          )
                                         )
        Defendants.                      

---

## DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF PLAINTIFFS'
## *PRO HAC VICE* MOTION

I, Daniel C. Girard, pursuant to 28 U.S.C. §1746, hereby declare under the penalty of perjury as follows:

1.      I am a partner at the firm of Girard Gibbs LLP, and my office is located at 601 California Street, 14th Floor, San Francisco, California 94108.  My telephone number is (415) 981-4800.

2.      I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above-captioned matter.  As demonstrated by the Certificates of Good Standing (**Exhibit A**), I am a member in good standing of the Bar of the State of California.

3.      There are no pending disciplinary proceedings against me in any State or Federal Court.

4.      Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter.

1

I declare under penalty of perjury and the law of the United States of America that the foregoing is true and correct.  Executed this 30th day of May, 2008 at San Francisco, California.

_____
Daniel C. Girard

Exhibit A

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                    TELEPHONE: 888-800-3400

May 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL
CHARLES GIRARD, #114826 was admitted to the practice of law in this
state by the Supreme Court of California on December 3, 1984; and has
been since that date, and is at date hereof, an ACTIVE member of the State
Bar of California; and that no recommendation for discipline for professional
or other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE HUMPHRYS, Individually<br>And On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>v.<br><br>TD Ameritrade Holding Corporation, and TD<br>Ameritrade, Inc., f.k.a. TD Waterhouse Investor<br>Services, Inc.,<br><br>         Defendants. | **CIVIL ACTION NO. 08-CV-02912** |

)
)
)
)
)
)
)
)
)
)
)
)

---

## AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' _PRO HAC VICE_ ADMISSION OF DANIEL C. GIRARD

I, Jonathan K. Levine, being duly sworn, deposes and says that the following facts are true and correct to the best of my personal knowledge:

1.    I am an attorney duly admitted to practice law before this Court. My admission to this Court was on March 14, 1989.

2.    I am not under suspension or disbarment by any court.

3.    I am a partner at the firm of Girard Gibbs LLP, and my office is located at 601 California Street, 14th Floor, San Francisco, California 94108. My telephone number is (415) 981-4800.

4.    I make this affidavit in support of Plaintiffs' Motion for the admission of Daniel C. Girard _pro hac vice._

5.    I have known Daniel C. Girard for 8 years, and believe he will uphold the integrity of this Court, and will comply with all applicable New York Local Rules of Civil Procedure.

I declare under penalty of perjury and the law of the United States of America that the

foregoing is true and correct. Executed this 30th day of May, 2008 at San Francisco, California.



_____
Jonathan K. Levine


On May 30, 2008, before me, Sue Querubin, Notary Public, personally appeared
Jonathan K. Levine, proved by satisfactory evidence to be the person whose name is subscribed
to the within instrument and acknowledged to me that he executed the same in his authorized
capacity, and that by his signature on the instrument the person, or the entity on behalf of which
the person acted, executed the instrument.

WITNESS my hand and office seal.

SUZANNE M. QUERUBIN
Comm. # 1523059
NOTARY PUBLIC - CALIFORNIA
City and County of San Francisco
My Comm. Expires Oct. 30, 2008

_____
SUE QUERUBIN

2

✎SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

George Humphreys, et al.                    Plaintiff,

8    cv  02912      (    )

- against -

TD Ameritrade Holding                    Defendant.
Corporation , et al.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Jonathan K. Levine      attorney for   Plaintiff, George Humphreys

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Daniel C. Girard |
| Firm Name: | Girard Gibbs LLP |
| Address: | 601 California Street, Suite 1400 |
| City/State/Zip: | San Francisco, CA  94108 |
| Telephone/Fax: | (415) 981-4800 |
| Email Address: | dcg@girardgibbs.com |

is admitted to practice pro hac vice as counsel for   Plaintiff, George Humphreys          in the above
captioned case in the United States District Court for the Southern District of New York.  All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:
City, State:  New York, NY

_____
United States District/Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

GEORGE HUMPHRYS, Individually
And On Behalf of All Others Similarly Situated,

       Plaintiff,

v.

TD Ameritrade Holding Corporation, and TD
Ameritrade, Inc., f.k.a. TD Waterhouse Investor
Services, Inc.,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO. 08-CV-02912**

## CERTIFICATE OF SERVICE

I, Angeline C. Ellis, being duly sworn, deposes and says:

I am employed by Girard Gibbs LLP, 601 California Street, Suite 1400, San

Francisco, CA 94108. I am over the age of eighteen years and am not a party to this action.

On May 31, 2008, I served the attached document(s) via U.S. Mail:

1.    **MOTION TO ADMIT COUNSEL PRO HAC VICE
(DANIEL C. GIRARD);**

2.    **AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF
PLAINTIFFS' *PRO HAC VICE* ADMISSION OF DANIEL C. GIRARD;**

3.    **DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF
PLAINTIFFS' *PRO HAC VICE* ADMISSION;**

4.    **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION;
(DANIEL C. GIRARD);**

5.    **MOTION TO ADMIT COUNSEL PRO HAC VICE
(AARON M. SHEANIN);**

6.    **AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF
PLAINTIFFS' *PRO HAC VICE* ADMISSION OF AARON M.
SHEANIN;**

7.    **DECLARATION OF AARON M. SHEANIN IN SUPPORT OF
PLAINTIFFS' *PRO HAC VICE* ADMISSION;**

8.    **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION;**
**(AARON M. SHEANIN);**

9.    **MOTION TO ADMIT COUNSEL PRO HAC VICE**
**(A. J. De BARTOLOMEO);**

10.   **AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF**
**PLAINTIFFS' *PRO HAC VICE* ADMISSION OF A. J. De**
**BARTOLOMEO;**

11.   **AFFIDAVIT OF A. J. De BARTOLOMEO IN SUPPORT OF**
**PLAINTIFFS' *PRO HAC VICE* ADMISSION;**

12.   **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**
**(A. J. De BARTOLOMEO);**

13.   **MOTION TO ADMIT COUNSEL PRO HAC VICE**
**(CHRISTINA H. C. SHARP);**

14.   **AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF**
**PLAINTIFFS' *PRO HAC VICE* ADMISSION OF CHRISTINA H. C.**
**SHARP;**

15.   **AFFIDAVIT OF CHRISTINA H. C. SHARP IN SUPPORT OF**
**PLAINTIFFS' *PRO HAC VICE* ADMISSION;**

16.   **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**
**(CHRISTINA H. C. SHARP); and**

17.   **CERTIFICATE OF SERVICE.**

on:

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of New York that the

above is true and correct, executed May 31, 2008, at San Francisco, California.

Angeline C. Ellis

<u>Service List</u>
*Humphrys v. TD Ameritrade Holding Corporation*
1:08-cv-02912-PAC S.D. NY

| <u>Plaintiffs</u> | <u>Defendants</u> |
|---|---|
| Christopher Adam Seeger | Richard J. Morvillo |
| David R. Buchanan | William M. Mann |
| Stephen A. Weiss | **MAYER BROWN LLP** |
| **SEEGER WEISS LLP** | 1909 K Street, N.W. |
| One William Street, 10th Floor | 8th Floor, Suite 804 |
| New York, NY 10004 | Washington, DC 20006 |
| Tel: (212) 584-0700 | Tel: (202) 263-3000 |
| Fax: (212) 584-0799 | Fax: (202) 263-3300 |
| cseeger@seegerweiss.com | rmorvillo@mayerbrown.com |
| dbuchanan@seegerweiss.com | |
| sweiss@seegerweiss.com | |
| | Counsel for Defendants TD Ameritrade |
| | Holding Corporation and TD |
| Counsel for Plaintiff George Humphrys | Ameritrade, Inc. |

1