UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 04 2008

)
GEORGE HUMPHRYS, Individually And )
On Behalf Of All Others Similarly Situated, )   No. 08-CV-2912 (PAC)
)
        *Plaintiff*, )   Hon. Paul A. Crotty
)
v. )   ECF Case
)
TD Ameritrade Holding Corporation, and )   **ORDER GRANTING MOTION**
TD Ameritrade, Inc., f.k.a TD Waterhouse )   **FOR ADMISSION *PRO HAC VICE***
Investor Services, Inc., )   **OF WILLIAM M. MANN**
)
        *Defendants*. )

Upon motion by Richard J. Morvillo, counsel for Defendants TD Ameritrade Holding Corporation and TD Ameritrade, Inc., in the above-captioned action, and Mr. Morvillo's declaration in support;

IT IS HEREBY ORDERED that:

> William M. Mann
> Mayer Brown LLP
> 1909 K Street, N.W.
> Washington, D.C. 20006
> Tele: (202) 263-3268
> Fax: (202) 263-5368
> wmann@mayerbrown.com

is hereby is admitted *pro hac vice* as counsel to Defendants in connection with this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

20895864.1

SO ORDERED: JUN 0 1 2008

/s/ Paul Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE