SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 5 2008
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

George Humphrys, et al            Plaintiff,

                                              08    cv 2912    (PAC)

- against -

TD Ameritrade Holding            Defendant.        **ORDER FOR ADMISSION**
Corporation, et al.                                               **PRO HAC VICE**
                                                                           **ON WRITTEN MOTION**

Upon the motion of Jonathan K. Levine    attorney for    George Humphrys

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

  Applicant's Name:   Aaron M. Sheanin

  Firm Name:          Girard Gibbs LLP

  Address:            601 California Street, Suite 1400

  City/State/Zip:     San Francisco, CA  94108

  Telephone/Fax:      (415) 981-4800

  Email Address:      ams@girardgibbs.com

is admitted to practice pro hac vice as counsel for    George Humphrys    in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: JUN 0 5 2008
City, State: New York, NY

                                                    _____
                                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____  SDNY RECEIPT# _____
SDNY Form Web 10/2006