SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 5 2008

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

George Humphreys, et al.          Plaintiff,

                                               O8   cv 02912   (PAC)

          - against -

TD Ameritrade Holding          Defendant.
Corporation, et al.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Jonathan K. Levine      attorney for  Plaintiff, George Humphreys

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|  |  |
|---|---|
| Applicant's Name: | A. J. De Bartolomeo |
| Firm Name: | Girard Gibbs LLP |
| Address: | 601 California Street, Suite 1400 |
| City/State/Zip: | San Francisco, CA  94108 |
| Telephone/Fax: | (415) 981-4800 |
| Email Address: | ajd@girardgibbs.com |

is admitted to practice pro hac vice as counsel for   Plaintiff, George Humphreys      in the above
captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:     JUN 0 5 2008
City, State:  New York, NY

Paul A. Crotty

United States District/Magistrate Judge

FOR OFFICE USE ONLY; FEE PAID $ _____      SDNY RECEIPT# _____
SDNY Form Web 10/2006