℅SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 5 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Humphrys, et al          Plaintiff,

                                                    8    cv   2912    (   )

- against -

TD Ameritrade Holding           Defendant.          ORDER FOR ADMISSION
Corporation, et al.                                 PRO HAC VICE
                                                    ON WRITTEN MOTION

Upon the motion of Jonathan K. Levine    attorney for   George Humphrys

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Christina H. C. Sharp |
| Firm Name: | Girard Gibbs LLP |
| Address: | 601 California Street, Suite 1400 |
| City/State/Zip: | San Francisco, CA 94108 |
| Telephone/Fax: | (415) 981-4800 |
| Email Address: | chc@girardgibbs.com |

is admitted to practice pro hac vice as counsel for   George Humphrys   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: JUN 0 5 2008
City, State: New York, NY

                                         _____
                                         United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT#
SDNY Form Web 10/2006