USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 9 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE HUMPHRYS, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TD Ameritrade Holding Corporation, and TD Ameritrade, Inc., f.k.a. TD Waterhouse Investor Services, Inc.,<br><br>Defendants. | Civil Action No.: 08-cv-02912<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITEN MOTION**<br><br>ELECTRONICALY FILED CASE |

Upon the motion of Stephen A. Weiss, attorney for plaintiff George Humphrys, and said sponsor of attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

NORMAN E. SIEGEL & MATTHEW L DAMERON
Stueve Siegel Hanson
460 Nichols Road Suite, 200
Kansas City, Missouri
Email: siegel@stuevesiegel.com
mdameron@stuevessiegel.com

are admitted to practice *pro hac vice* as counsel for George Humphrys in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: June 9, 2008
New York, New York

By: _____
United States District Court Judge