UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE HUMPHRYS, Individually And On Behalf Of All Others Similarly Situated, )<br><br>*Plaintiff*,<br><br>v.<br><br>TD Ameritrade Holding Corporation, and TD Ameritrade, Inc., f.k.a TD Waterhouse Investor Services, Inc.,<br><br>*Defendants*. | No. 08-CV-2912 (PAC)<br><br>Hon. Paul A. Crotty |

NOTICE OF RELATED CASE

Pursuant to Local Rule 1.6, the undersigned counsel for Defendants TD Ameritrade Holding Corporation, and TD Ameritrade, Inc., f.k.a TD Waterhouse Investor Services, Inc. (collectively, "Defendants") provide notice that a related case, captioned *Silverstein, et al. v. TD Ameritrade Holding Corp., et al.*, No. 08-cv-5467, has been assigned to the Honorable George B. Daniels, rather than to the Honorable Paul A. Crotty.  The *Silverstein* case was transferred by the United States District Court for the District of Nebraska upon Joint Motion of the parties pursuant to 28 U.S.C. § 1404(a) for the purpose of consolidation with *Humphrys v. TD Ameritrade Holding Corporation, et al,* Case No. 08-CV-2912 (PAC), which was first filed.

Dated:  June 27, 2008

Respectfully submitted,

         s/
Richard J. Morvillo (RM 0441)
William M. Mann (WM 3545)
MAYER BROWN LLP
1909 K. Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rmorvillo@mayerbrown.com
wmann@mayerbrown.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2008, I caused a true copy of the foregoing Notice of Related Case to be served upon the following via the Court's ECF system and overnight UPS:

| | |
|---|---|
| Christopher A. Seeger (CS 4880) | Jonathan K. Levine (JL-8390) |
| David R. Buchanan (DB 6368) | Daniel C. Girard |
| Stephen A. Weiss (SW 3520) | Aaron M. Sheanin |
| SEEGER WEISS LLP | GIRARD GIBBS LLP |
| One William Street, 10th Floor | 601 California Street, 14th Floor |
| New York, NY  10004 | San Francisco, CA 94108 |
| (212)584-0700 | (415) 981-4800 |
| Fax: (212) 584-0799 | Fax: (415) 981-4846 |
| cseeger@seegerweiss.com | |
| dbuchanan@seegerweiss.com | STUEVE SIEGEL HANSON LLP |
| sweiss@seegerweiss.com | Norman E. Siegel |
| | 460 Nichols Road, Suite 200 |
| *Counsel for Plaintiff George Humphrys* | Kansas City, MO 64112 |
| | (816) 714-7100 |
| | (816) 714-7101 |
| | |
| | *Counsel for Plaintiff George Humphrys* |

_____s/_____
William M. Mann
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C.  20006
(202) 263-3290

*Counsel for Defendants*
*TD Ameritrade Holding Corp. and*
*TD Ameritrade, Inc.*